UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK E. ANDERSON, | ) | NO. CV 05-5306-GPS (FFM) |
| Petitioner, | ) ) ) | |
| v. | ) ) | ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF |
| LARRY E. SCRIBNER, Warden, | ) ) | UNITED STATES MAGISTRATE JUDGE |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED:  September 10, 2008

*GEORGE P. SCHIAVELLI*

GEORGE P. SCHIAVELLI
United States District Judge