UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK E. ANDERSON, | NO. CV 05-5306-GPS (FFM) |
| Petitioner, | |
| | JUDGMENT |
| v. | |
| LARRY E. SCRIBNER, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 10, 2008

GEORGE P. SCHIAVELLI
────────────────────────
GEORGE P. SCHIAVELLI
United States District Judge